RECEIVED
MAR 1 4 2022
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Omar S. Blakes                    )
                                  )
        Plaintiff                 )
                                  )
    vs.                           )         Case No. __21-1094__
                                  )         (*The case number will be assigned by the clerk*)
Brian Ashell                      )
Joseph M. Needham                 )
Ronda Y. Guyton                   )
"WellPath" C.O.                   )
Salley Foley                      )
Shamaila Gorsi                    )
                                  )
                                  )
                                  )
_____ ,    )
                                  )
        Defendant(s)               )

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

### I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Omar Shariff Blakes

Prison Identification Number: 2002625

Current address: 301 N. Maxwell Road Peoria Il. 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Brian Asbell

Current Job Title: Sheriff

Current Work Address: 301 N. Maxwell Road Peoria Il. 61604

Defendant #2:

Full Name: Joseph M. Needham

Current Job Title: Chief Deputy

Current Work Address: 301 N. Maxwell Road Peoria Il. 61604

Defendant #3:

Full Name: Ronda Y. Guyton

Current Job Title: Correctional Superintendent

Current Work Address 301 N. Maxwell Road
Peoria Il 61604

Defendant #4:

Full Name: Salley Foley

Current Job Title: Supervisory Staff (Well Path)

Current Work Address 1283 Murfreesboro Pike
Nashville TN. 37217

Defendant #5:

Full Name: Shouneila Corsi

Current Job Title: Provider (Well Path)

Current Work Address 1283 Murfreesboro Pike
Nashville TN. 37217

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

Defendant #6
Full Name: Well Path
Current Job Title: Nursing Company
Current Work Address: 1283 Murfreesboro Pike
Nashville TN. 37217
Phone # 1-800-592-2974

1. Name of Case, Court and Docket Number
   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☑  No ☐

### V. STATEMENT OF CLAIM

Place(s) of the occurrence  Peoria County Jail

4

Date(s) of the occurrence  June 25, 2020 - Present

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) Between the date of June 18th, 2020 to Jan 18, 2021 I was denied medical attention by Samaila Garsi and Head Nurse Salley Foley. Samaila Garsi said I wasn't worried about health when I was free. Medical records show as of July 1, 2020 Ms. Garsi was aware of the seriousness of my condition.

(2) I was denied medication from Guards C.O. Pompa, C.O. Campbell, C.O. Wight, and C.O. Cannon. Starting on or about 7-27-20. I wrote Grievance on following dates 8-7-20, 8-9-20, 9-1-20, 9-2-20, 9-18-20. Salley Foley is responsible cause she gave Guards permission to handle meds. Also Salley didn't reply to most Grievance.

(3) I was spitting up blood starting August 2020. I didn't get medical attention till Jan 14, 2021.

(4) I caught a infection on my lung while in custody. I was hospitalized on Jan 18, 2021. While in hospital I had a surgery on or about date of Jan 20, 2021. I also found out my heart was enlarged. I got out hospital on about date of Jan 25, 2021.

(5) I was giving orders by hospital doctor to take ketlex 500mg 4 times daily for 28 days. Instead of 4 times a day, I was getting twice a day double dose. I put grievance in 2-26-21 and 2-21-21 Salley Foley is the one who answer medical grievances. No responds was made. (6) 3-30-21 I was told by Lung Institute

5

to get follow up to get PFT W+W/O Bronchodilator. I was told to follow up in about 4 weeks. After M.R.I. which was done in May-2021. I was told to follow up with Cardiovascular Institute. Salley Foley is responsible for my appointments. Salley refused to set follow up dates.

(7) Salley Foley refused to show new Nurses (Hannah Copeland LPN/LVN or Emily Dawson RN, how to test my P.T. INR which I was take weekly due to blood clots. I wrote grievance on 6·14·21, 7·3·21, 7·5·21. I had to wait till Patricia Eddlemon R.N. to return to work. Salley stated she refuse to deal with me. On July 30, 2021 I ask Shamaila Gousi about when and if I go back to Lung or Cardiovascular Institute. She stated that I look fine and there is no need for a follow up, far as she concern. 9·25·21 I wrote grievance about appointments. On 11·11·21 I got a response saying they are working on getting me a appointment. I wrote grievance on 11·23·21. I was told that my Grievance will be forward to regional medical director to look into. Still to this day I have not been back for appointment.

(8) My heart was not enlarged when I came in June 2020. The black mass has grown in size and also was infected. Still to this day I haven't been back to Lung or heart doctors.

(9.) I've been going through a lot of stress. I had two surgeries (Jan. 2021 - March 2021) I gained over 80 lbs.

(10) I feel Brian Asbell (Sheriff) Joseph M. Needham (Chief Deputy) and Randa Y. Guyton (Correctional Superintendent,

6

is responsible due to the fact I've in custody of their jail. Also everything happen while I be in their custody. Since June 18th 2020 to Present.

(11) I feel Wall Path is responsible cause it's the company that Salloy Foley and Shounila Gorsi work for.

## RELIEF REQUESTED

(State what relief you want from the court.)

$5,000,000 for medical neglect/deliberate indifference

left untreated my lungs was infected and worsen. My heart is now enlarged. I had to have two surgeries. I was hospitalized and subject to different tests. (M.R.I etc..

$2,000,000 for pain and suffering also emotional distress.

JURY DEMAND   Yes [✓]   No [ ]

Signed this __7th__ day of __March__, 20__22__.

_Omar S. Blakes_
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Omar S. Blakes | 2002625 |
| Address: | Telephone Number: |
| 301 N. Maxwell Rd. | 309-697-8515 |

8